**Michael J.K. RACUYA, Plaintiff–Appellant,**

v.

**DEPARTMENT OF PUBLIC SAFETY; et al., Defendants–Appellees.**

No. 00–15071.

D.C. No. CV–98–00851–SOM.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001 \*.

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

## MEMORANDUM **

■ Hawaii state prisoner Michael J.K. Racuya appeals pro se the district court's summary judgment in favor of prison officials in Racuya's 42 U.S.C. § 1983 action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the grant of summary judgment. *Taylor v. List,* 880 F.2d 1040, 1044 (9th Cir.1989). We affirm.

■ Because Racuya failed to produce evidence that defendant Clayton Frank participated in or directed a constitutional violation, the district court properly granted summary judgment on Racuya's claim of supervisory liability. *See id.* at 1045.

■ Because prisoners have no liberty interest in their classification status, *see Hernandez v. Johnston,* 833 F.2d 1316, 1318 (9th Cir.1987), or in prison transfers, *see Olim v. Wakinekona,* 461 U.S. 238, 249, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983), the district court properly granted summary judgment on Racuya's claim that he was wrongfully transferred to a facility with a higher security status.

■ Contrary to Racuya's contention, the district court properly determined that defendants are entitled to qualified immunity because Racuya failed to meet his burden of showing that defendants' conduct violated a clearly established right. *See Romero v. Kitsap County,* 931 F.2d 624, 627 (9th Cir.1991).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.